UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

1st AVENUE FUNDING,

    Plaintiff,

v.

    Civil Action No. 12-CV-13067-DT
    Honorable Denise Page Hood

FAIRCHILD HOLDINGS, INC., MICHAEL
L. HARMON, and REBECCA A. HARMON,

    Defendants.
_____/

## **DEFAULT JUDGMENT**

This action having come before the Court and the Court having issued an order granting Plaintiff's Motion for Entry of Default Judgment this date,

Accordingly,

Default Judgment is entered in favor of Plaintiff 1st Avenue Funding and against Defendants Fairchild Holdings, Inc., Michael L. Harmon and Rebecca A. Harmon, jointly and severally, in the amount of One Million Dollars ($1,000,000.00), in addition to any applicable interest and costs as provided by law.

    DAVID J. WEAVER
    CLERK OF COURT

Approved:    By:    s/LaShawn Saulsberry
    Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: May 31, 2013

Detroit, Michigan

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 31, 2013, by electronic and/or ordinary mail.

                                        S/LaShawn R. Saulsberry
                                        Case Manager